

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR VIOLATION OF THE
FEDERAL CONTROLLED SUBSTANCES ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 05-224 |
| v. | * | SECTION: |
| HENRY WILLIAMS, III<br>  a/k/a Hen | * | VIOLATION: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 846 |
| LILCHARLES C. MILLER<br>  a/k/a Charley Boy | * | 18 U.S.C. § 2 |
| FELTON A. QUETANT<br>GLENN GREEN | | SECT. F MAG. 5 |
| | * | |

\* \* \*

The Grand Jury charges that:

## COUNT 1

Beginning at a time unknown but prior to October 28, 2004, and continuing until on or about April 7, 2005, in the Eastern District of Louisiana, the defendants, **HENRY WILLIAMS, III,** a/k/a "Hen," **LILCHARLES C. MILLER**, a/k/a "Charley Boy," **FELTON A. QUETANT**, and **GLENN GREEN**, did knowingly and

___ Fee USA
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A));

all in violation of Title 21, United States Code, Sections 846.

## COUNT 2

On or about October 28, 2004, in the Eastern District of Louisiana, the defendant, **LILCHARLES C. MILLER**, a/k/a "Charley Boy," aided, abetted, and counseled by others known and unknown to the Grand Jury, did knowingly and intentionally distribute five (5) grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), Title 18, United States Code, Section 2.

## COUNT 3

On or about November 23, 2004, in the Eastern District of Louisiana, the defendant, **HENRY WILLIAMS, III,** a/k/a "Hen," and **FELTON A. QUETANT**, aided, abetted, and counseled by each other, and by others known and unknown to the Grand Jury, did knowingly and intentionally distribute fifty (50) grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

On or about December 8, 2004, in the Eastern District of Louisiana, the defendants, **HENRY WILLIAMS, III,** a/k/a "Hen," and **LILCHARLES C. MILLER**, a/k/a "Charley Boy," aided, abetted, and counseled by each other, and by others known and unknown to the Grand Jury, did knowingly and intentionally distribute fifty (50) grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 5

On or about December 21, 2004, in the Eastern District of Louisiana, the defendants, **HENRY WILLIAMS, III,** a/k/a "Hen," and **FELTON A. QUETANT**, aided, abetted, and counseled by each other, and by others known and unknown to the Grand Jury, did knowingly and intentionally distribute fifty (50) grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 6

On or about February 22, 2005, in the Eastern District of Louisiana, the defendants, **HENRY WILLIAMS, III,** a/k/a "Hen," aided, abetted, and counseled by others known and unknown to the Grand Jury, did knowingly and intentionally distribute fifty (50) grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 7

On or about April 7, 2005, in the Eastern District of Louisiana, the defendants, **HENRY WILLIAMS, III**, a/k/a "Hen," and **GLENN GREEN**, aided, abetted, and counseled by each other, and by others known and unknown to the Grand Jury, did knowingly and intentionally distribute fifty (50) grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 7 of this indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 through 7, the defendants, **HENRY WILLIAMS, III,** a/k/a "Hen," **LILCHARLES C. MILLER**, a/k/a "Charley Boy," **FELTON A. QUETANT**, and **GLENN GREEN**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts 1 through 7 of this indictment.

3. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JIM LETTEN, No. 20513
UNITED STATES ATTORNEY

_____
JAN MASELLI MANN, No. 9020
Assistant United States Attorney
Chief, Criminal Division

_____
THEODORE R. CARTER, III
IL. Bar No. 6188964
Assistant United States Attorney

New Orleans, Louisiana
July 21, 2005

FORM OBD-34
APR. 91

No. ____

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_

_Criminal_ Division

THE UNITED STATES OF AMERICA

vs.

HENRY WILLIAMS, III, a/k/a Hen
LILCHARLES C. MILLER, a/k/a Charley Boy
FELTON A. QUETANT
GLENN GREEN

## INDICTMENT

INDICTMENT FOR VIOLATION OF THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATION: 21 USC § 841(a)(1)
21 USC § 846
18 USC § 2

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 2005

_____
Clerk

Bail, $ _____

THEODORE R. CARTER III, AUSA