UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
VS. HENRY WILLIAMS, III          XXX-XX-6640          CRIMINAL ACTION 05-224 F
    AKA "HEN"                    (SOC. SEC. NO.)      (CASE NO./SEC.)

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 JUL 21 AM 10:34 LORETTA G. WHYTE CLERK

In the presence of the attorney for the government,       Month    Day    Year
the defendant appeared in person on this date --------( JULY 19, 2006 )

__ **WITHOUT COUNSEL**   However the court advised defendant of right to counsel and asked
                         whether defendant desired to have counsel appointed by the court
                         and the defendant thereupon waived assistance of counsel.

X **WITH COUNSEL**   JOSEPH RASPANTI, 3900 N. CAUSEWAY BLVD, STE 1470, METAIRIE, LOUISIANA 70002
                                         (Name of Counsel)

Court Reporter's Name: TONI TUSA

**PLEA:**  X **GUILTY**, and the court being satisfied    __ **NOLO CONTENDERE**   __ **NOT GUILTY**
           that there is a factual basis for the plea.

There being a finding of      ( __ **NOT GUILTY.** Defendant is discharged.
                              ( X **GUILTY** on MARCH 16, 2006

The defendant has been convicted as charged of the offense(s) of 21 USC 841(b)(1)(A), 846 and 851(a) Conspiracy to Distribute and Possess with intent to distribute Cocaine Base as charged in Count 1 of the indictment.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 293 months as to Count 1. The defendant does not have the ability to pay a fine and the court will waive the fine. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of ten years on Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm. In addition, the following special conditions are imposed: The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer. The defendant shall participate in an orientation and life skills program as directed by the probation officer. The defendant shall submit a DNA sample as required by law. Government's motion to dismiss counts 3,4,5,6,&7 is granted. The defendant is remanded to custody.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count(s) 1, for a total assessment of $100.00

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

**IT IS FURTHER ORDERED:**
[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
[ ] The court has determined that the defendant does not have the ability to pay interest. The interest requirement is (waived) (modified as follows):

SIGNED BY:                    _Martin L. C. Feldman_              CERTIFIED AS A TRUE COPY
xxx  U.S. District Judge                                          THIS DATE ____
                                                                  BY: _____
                              (Date) July 19, 2006                Deputy Clerk

____ Fee ____
____ Process ____
X Dktd ____
____ CtRmDep ____
____ Doc. No ____