# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
August 22, 2011

Lyle W. Cayce
Clerk

No. 08-31186
Summary Calendar

UNITED STATES OF AMERICA,

                Plaintiff-Appellee

v.

HENRY WILLIAMS III, also known as Hen,

                Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:05-CR-224-1

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Henry Williams III has moved for leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967). Williams has not filed a response. Counsel fails to adequately address the sole issue on appeal: whether Williams's career offender status precluded his receiving a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Nevertheless, the appeal is patently frivolous. *See United States v. Anderson*, 591 F.3d 789, 790-91 (5th Cir. 2009). The motion for leave to withdraw is GRANTED, counsel

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.